UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____

BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. MONEY PURCHASE PLAN; NORTHWEST WASHINGTON ELECTRICAL INDUSTRY JOINT APPRENTICESHIP & TRAINING TRUST,

    Plaintiffs,

v.

STATIC ENERGY INCORPORATED, a Washington Corporation, UBI NO. 603323850, Contractor's License No. STATIEI872OZ

    Defendant.
_____

No. C20-1290RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on August 27, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 21, 2021. The Clerk of Court shall note this Show Cause on the Court's calendar for Friday, January 22, 2021.

DATED this 7th day of January, 2021.

                   /s/ Robert S. Lasnik
                   Robert S. Lasnik
                   United States District Judge

ORDER TO SHOW CAUSE